## RECONSIDERATION OF PRIOR DECISIONS

**2012–0187.   In re Application of Columbus S. Power Co.**
Public Utilities Commission, Nos. 08–917–EL–SSO and 08–918–EL–SSO. Reported at 138 Ohio St.3d 448, 2014-Ohio-462, 8 N.E.3d 863. On motion for reconsideration of Industrial Energy Users–Ohio. Motion denied.

PFEIFER, O'DONNELL, and O'NEILL, JJ., dissent.

**2012–1589.   Panther II Transp., Inc. v. Seville Bd. of Income Tax Rev.**
Medina App. Nos. 11CA0092–M and 11CA0093–M, 2012-Ohio-3525. Reported at 138 Ohio St.3d 495, 2014-Ohio-1011, 8 N.E.3d 904. On motion for reconsideration of Village of Seville Board of Income Tax Review and amended motion for reconsideration of Nassim M. Lynch and Central Collection Agency. Motions denied.

PFEIFER, J., dissents.

**2012–1592.   Panther II Transp., Inc. v. Seville Bd. of Income Tax Rev.**
Medina App. Nos. 11CA0092–M and 11CA0093–M, 2012-Ohio-3525. Reported at 138 Ohio St.3d 495, 2014-Ohio-1011, 8 N.E.3d 904. On motion for reconsideration of Village of Seville Board of Income Tax Review and amended motion for reconsideration of Nassim M. Lynch and Central Collection Agency. Motions denied.

PFEIFER, J., dissents.

**2013–1923.   State ex rel. Wilson v. Beljon.**
Portage App. No. 2012–P–0055, 2013-Ohio-4753. Reported at 138 Ohio St.3d 1448, 2014-Ohio-1182, 5 N.E.3d 666. On motion for reconsideration. Motion denied.

**2013–1924.   Cleveland v. Taylor.**
Cuyahoga App. No. 99594, 2013-Ohio-4708. Reported at 138 Ohio St.3d 1448, 2014-Ohio-1182, 5 N.E.3d 666. On motion for reconsideration. Motion denied.

**2013–1927.   R.K. v. Little Miami Golf Ctr.**
Hamilton App. No. C–130087, 2013-Ohio-4939. Reported at 138 Ohio St.3d 1448, 2014-Ohio-1182, 5 N.E.3d 666. On motion for reconsideration. Motion denied.

LANZINGER, KENNEDY, and FRENCH, JJ., dissent.

**2013–2003.   HSBC Bank USA, Natl. Assn. v. Sherman.**
Hamilton App. No. C–120302, 2013-Ohio-4220. Reported at 138 Ohio St.3d 1450, 2014-Ohio-1182, 5 N.E.3d 667. On motion for reconsideration. Motion denied. On motion for stay of sheriff's sale. Motion denied.

**2013–2043.   Privett v. QSL–Milford, L.L.C.**
Clermont App. No. CA2013–04–025, 2013-Ohio-4129. Reported at 138 Ohio St.3d 1450, 2014-Ohio-1182, 5 N.E.3d 668. On motion for reconsideration. Motion denied.

PFEIFER, O'DONNELL, and LANZINGER, JJ., dissent.

## CASE ANNOUNCEMENTS

*May 29, 2014*

[Cite as *05/29/2014 Case Announcements*, 2014-Ohio-2257.]

## MOTION AND PROCEDURAL RULINGS

**2009–0866.   State ex rel. Kolby v. Youngstown City Council.**
In Mandamus. Upon consideration of relators' motion to enlarge time to submit their brief and